Joseph H. Harrington
United States Attorney
Eastern District of Washington
Stephanie A. Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.



REYNALDO PEREZ MUNOZ,

    Defendants.

4:18-CR-6008-EFS

SUPERSEDING INDICTMENT

Vio: 21 U.S.C. § 846
Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 5 Kilograms or More of Cocaine, and 1 Kilogram or More of Heroin (Count 1)

Vio: 18 U.S.C. § 1956(a)(1)(B)(i)
Money Laundering
(Counts 2, 3, and 4)

Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2
Possession with the Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine
(Count 5)

Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(i) and 18 U.S.C. § 2
Possession with the Intent to Distribute 1 Kilogram or More of Heroin (Count 6)

SUPERSEDING INDICTMENT – 1

|     |     |
| --- | --- |
| 1   | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2 |
| 2   | Possession with the Intent to |
| 3   | Distribute 5 Kilograms or more of Cocaine (Count 7) |
| 4   |     |
| 5   | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) and 18 U.S.C. § 2 |
| 6   | Possession with the Intent to |
| 7   | Distribute 400 Grams or more of Fentanyl (Count 8) |
| 8   |     |
| 9   | 21 U.S.C. § 853, 18 U.S.C. § 982 Forfeiture Allegations |

The Grand Jury Charges:

## COUNT 1

Beginning on a date unknown but by on or about December 19, 2017, continuing until on or about February 14, 2018, in the Eastern District of Washington and elsewhere, the Defendants, ███████ ███████, REYNALDO PEREZ MUNOZ, ███████ ██ ███████ ███████ did knowingly and intentionally combine, conspire, confederate and agree together with each other and other persons, both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: distribution of 50 grams or more of actual (pure) Methamphetamine, a Schedule II controlled substance, 5 kilograms or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II controlled substance, and 1 kilogram or more of a mixture

SUPERSEDING INDICTMENT – 2

or substance containing a detectable amount of Heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(i), (ii), (viii); all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about December 21, 2017, in the Eastern District of Washington, the Defendant, REYNALDO PEREZ MUNOZ, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit: the transfer, delivery and other disposition of $380,070.00 in U.S. funds at the direction of a target subject which involved the proceeds of a specified unlawful activity, that is conspiracy to distribute and the distribution of controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is funds in the amount of $380,070.00 represented the proceeds of some form of unlawful activity in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i), and 2.

## COUNT 3

On or about January 9, 2018, in the Eastern District of Washington, the

SUPERSEDING INDICTMENT – 3

Defendants, REYNALDO PEREZ MUNOZ and ▮▮▮▮▮, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit: the transfer, delivery and other disposition of $630,200.00 in U.S. funds at the direction of a target subject which involved the proceeds of a specified unlawful activity, that is conspiracy to distribute and the distribution of controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is funds in the amount of $630,200.00 represented the proceeds of some form of unlawful activity in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i), and 2.

COUNT 4

On or about February 2, 2018, in the Eastern District of Washington, the Defendants, REYNALDO PEREZ MUNOZ and ▮▮▮▮▮, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit: the transfer, delivery and other disposition of $280,000.00 in U.S. funds at the direction of a target subject which involved the proceeds of a specified unlawful activity, that is conspiracy to distribute and the

SUPERSEDING INDICTMENT – 4

distribution of controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is funds in the amount of $280,000.00 represented the proceeds of some form of unlawful activity in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i), and 2.

## COUNT 5

On or about February 14, 2018, in the Eastern District of Washington, the Defendants, ▬▬▬ ▬▬▬ ▬▬▬ ▬▬ ▬▬▬ ▬▬▬, knowingly and intentionally possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

## COUNT 6

On or about February 14, 2018, in the Eastern District of Washington, the Defendants, ▬▬▬ ▬▬▬, ▬▬▬ ▬▬▬ ▬▬ ▬▬▬ ▬▬▬, knowingly and intentionally possessed with intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1),

SUPERSEDING INDICTMENT – 5

(b)(1)(A)(i) and 18 U.S.C. § 2.

COUNT 7

On or about February 14, 2018, in the Eastern District of Washington, the Defendants, ████ ████████████ ████ ██ ████, ████████, knowingly and intentionally possessed with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) and 18 U.S.C. § 2.

COUNT 8

On or about February 14, 2018, in the Eastern District of Washington, the Defendants, ██████ ████████████████ ██ ████████, ████████, knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2.

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982.

SUPERSEDING INDICTMENT – 6

CONTROLLED SUBSTANCE FORFEITURES

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. §§ 841, 846 or 21 U.S.C. § 841, as set forth in this Superseding Indictment, the Defendants, ███████ ███████, REYNALDO PEREZ MUNOZ, ███████████████ ████ █████, █ █████████████, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to, the following:

DEFENDANT ███████████████ Counts 1 and 5 - 8:

U.S. CURRENCY

-$172,390.28 in U.S. currency, seized by the Federal Bureau of Investigation on or about February 14, 2018.

FIREARMS/AMMUNITION

- Kimber Pro Carry II with magazine, serial number: KR241904;
- six (6) rounds of Hornady .45 ammunition;
- Premier Trail Blazer .22 rifle, serial number: 3735K;
- .223 Rifle with magazine, unknown make and model, no serial number;
- Nineteen (19) rounds of .223 ammunition;
- one box containing six (6) rounds of .45 ammunition;
- one bag containing two (2) rounds of .223 ammunition;
- Twenty-five (25) rounds of .45 ammunition;

SUPERSEDING INDICTMENT – 7

- Colt 1911 style pistol with blue grip and (2) magazines, serial number: 38SS07763;
- Colt 1911 style pistol with white grip and (2) magazines, serial number: 38SS07790;
- Ruger SR 9 with (two) magazines, serial number: 331-97592;
- Taurus 1911 style pistol with chrome receiver, gold colored accents and black grip with (2) magazines, serial number: LCM58208;
- Mixed ammunition;
- Two (2) rifle magazines and one (1) pistol magazine; and, a
- Box of 9mm ammunition.

DEFENDANT REYNALDO PEREZ MUNOZ Count 1:

U.S. CURRENCY

- $172,390.28 in U.S. currency, seized by the Federal Bureau of Investigation on or about February 14, 2018.

REAL PROPERTY

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as 1703 N. 17th Avenue, Pasco, Washington, legally described as follows:

Lot 10, Block 2 Lindner Addition, according to the plat thereof recorded in Volume C of Plats, Page 25, records of Franklin County, Washington

Assessor's Parcel No.: 113352300

//

//

//

//

SUPERSEDING INDICTMENT – 8

DEFENDANT ████████ Counts 5 - 8:

U.S. CURRENCY

- $172,390.28 in U.S. currency, seized by the Federal Bureau of Investigation on or about February 14, 2018.

FIREARM

- Mossberg .22 caliber rifle, serial number: EMJ3962984.

DEFENDANT ████████ Count 1:

REAL PROPERTY

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as 1703 N. 17th Avenue, Pasco, Washington, legally described as follows:

Lot 10, Block 2 Lindner Addition, according to the plat thereof recorded in Volume C of Plats, Page 25, records of Franklin County, Washington

Assessor's Parcel No.: 113352300

If any of the property described herein, as a result of any act or omission of the Defendant(s):

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

SUPERSEDING INDICTMENT – 9

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

MONEY LAUNDERING FORFEITURES

Pursuant to 18 U.S.C. § 982(a)(1), upon conviction of a money laundering offense(s) in violation of 18 U.S.C. § 1956, as charged in this Superseding Indictment, Defendants ▆▆▆▆▆▆▆▆ REYNALDO PEREZ MUNOZ shall forfeit to the United States of America, any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

DEFENDANT ▆▆▆▆▆▆▆▆ Counts 3 and 4:

MONEY JUDGMENT

-A sum of money equal to $630,200.00 in United States currency representing the total amount involved in the money laundering offense charged in Count 3 of this Indictment.

U.S. CURRENCY

-Approximately $280,031.00 in United States currency, seized by the Federal Bureau of Investigation, on or about February 2, 2018, which currency was involved in the money laundering offense charged in Count 4 of this Indictment.

DEFENDANT REYNALDO PEREZ MUNOZ Counts 2 – 4:

REAL PROPERTY

- All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and

easements, known as 1703 N. 17th Avenue, Pasco, Washington, legally described as follows:

Lot 10, Block 2 Lindner Addition, according to the plat thereof recorded in Volume C of Plats, Page 25, records of Franklin County, Washington

Assessor's Parcel No.: 113352300

MONEY JUDGMENT

-A sum of money equal to $380,070.00 in United States currency representing the total amount involved in the money laundering offense charged in Count 2 of this Indictment.

MONEY JUDGMENT

-A sum of money equal to $630,200.00 in United States currency representing the total amount involved in the money laundering offense charged in Count 3 of this Indictment.

U.S. CURRENCY

-Approximately $280,031.00 in United States currency, seized by the Federal Bureau of Investigation, on or about February 2, 2018, which currency was involved in the money laundering offense charged in Count 4 of this Indictment.

If any forfeitable property, as a result of any act or omission of the Defendant(s):

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

SUPERSEDING INDICTMENT – 11

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

DATED this _____ day of June 2018.

A TRUE BILL

_____
Foreperson

_Joseph H. Harrington_
Joseph H. Harrington
United States Attorney

_Stephanie A. Van Marter_
Stephanie A. Van Marter
Assistant United States Attorney

SUPERSEDING INDICTMENT – 12